**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

PRINCE ALBERT RANKIN, III,          :
                                        Civil Action No. 09-3721 (NLH)
                    Petitioner,    :

                    v.              :     **ORDER**

JACK GRONDOLSKY, Warden,            :

                    Respondent.    :     **CLOSED**


        For the reasons set forth in the Opinion filed herewith,

IT IS on this __13th__ day of ____January____, 2010,

        ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE for

lack of jurisdiction; and it is further

        ORDERED that the Clerk of the Court shall send a courtesy

copy of this Order, the accompanying Opinion, the Petition, and

the Docket in this action to the United States Attorneys for the

District of New Jersey and for the Southern District of Ohio; and

it is further

        ORDERED that the Clerk of the Court shall close the Court's

file in this matter.



At Camden, New Jersey              ___/s/ NOEL L. HILLMAN___
                                   Noel L. Hillman
                                   United States District Judge